```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Linda Cross

                          v.

                                                      Civil No. 15-cv-00331-PB

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 4, 2016, denying the Acting Commissioner's Motion for an order affirming her decision, and granting Cross's motion to reverse to the extent that the case is remanded to the Acting Commissioner for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

    SO ORDERED.

                                                /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: April 29, 2016

cc:   Daniel S. Jones, Esq.
      Brenda M. Golden Hallisey, Esq.
      Terry L. Ollila, Esq.